PROB 12C
(7/93)

Report Date: August 6, 2013

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Orozco   Case Number: 2:06CR02109-001

Address of Offender: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/3/2007

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 78 Months   Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: TBD   Date Supervision Commenced: 2/4/2013

Defense Attorney: Alex B. Hernandez, III   Date Supervision Expires: 2/3/2016

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.
| | **Supporting Evidence**: Mr. Orozco was arrested for driving under the influence, Yakima Municipal Court cause number I00004808, on August 4, 2013.
| | According to the Yakima Police Department narrative report, on August 4, 2013, Mr. Orozco was arrested for driving under the influence. After failing the field sobriety tests, Mr. Orozco was taken to the police station where he provided two breath tests that resulted in .130 and .135 percent blood alcohol content.
2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.
| | **Supporting Evidence**: Mr. Orozco used alcohol in excess on August 4, 2013.
| | According to the Yakima Police Department narrative report, on August 4, 2013, Mr. Orozco provided two breath tests that resulted in .130 and .135 percent blood alcohol content.

Prob12C
Re: Orozco, Miguel Angel
August 6, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 6, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/12/13
Date